# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KINFORD,<br><br>      Plaintiff,<br><br>  v.<br><br>JAMES PINCOCK, *et al.*,<br><br>      Defendants. | CASE NO.: 3:15-CV-00512-RCJ-WGC<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge (ECF #31[1]) entered on June 9, 2016, recommending that the Court grant Dr. Pincock's Motion to Quash Service of Process and Dismiss (ECF #3); deny Plaintiff's Motion to Strike (ECF #10) and dismiss this action as to Dr. Pincock with prejudice. Plaintiff's Objections to Report of Findings and Recommendation (ECF #33) were filed with the Court on June 27, 2016, and on July 8, 2016 Defendant James Pincock filed an Opposition to Plaintiff's Objection to Magistrate Judge's Report (ECF #35).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (#31) entered on June 9, 2016, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED that Defendant James Pincock, M.D., D.M.D.'s Motion to Quash Service of Process and to Dismiss (ECF #3) is GRANTED.

IT IS FURTHER ORDERED that Plaintiff'S Motion to Strike (ECF #10) is DENIED.

IT IS FURTHER ORDERED that this action is DISMISSED WITH PREJUDICE. The Clerk of the Court shall enter judgment accordingly and close the case.

IT IS SO ORDERED this 8th day of July, 2016.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.