AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

STEVEN KINFORD,

    Plaintiff,   JUDGMENT IN A CIVIL CASE

v.

    CASE NUMBER: **3:15-cv-00512-RCJ-WGC**

JAMES PINCOCK, et al.,

    Defendant(s).

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant James Pincock, M.D., D.M.D.'s Motion to Quash Service of Process and to Dismiss (ECF #3) is **granted.**
    **IT IS FURTHER ORDERED** that this action is **dismissed with prejudice.**

July 8, 2016                                                                                    **LANCE S. WILSON**
                                                                                                           Clerk


                                                                                                            /s/ K. Rusin
                                                                                                           Deputy Clerk