# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN KINFORD, | CASE NO.: 3:15-CV-00512-RCJ-WGC |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES PINCOCK, *et al.,* | |
| Defendants. | |

Before the Court is the Reports and Recommendations of U.S. Magistrate Judge (ECF No. 65[1]) entered on April 21, 2017, recommending that the Court that certain claims be dismissed. On May 5, 2017, Plaintiff filed his Objections to Magistrate Judge's Report and Recommendation (ECF No. 66).

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Reports and Recommendation (ECF No. 65) entered on April 21, 2017, should be ADOPTED AND ACCEPTED.

IT IS HEREBY ORDERED The previously dismissed claims against Dr. Pincock is without jurisdiction to consider the claims in the Third Amended Complaint.

IT IS FURTHER ORDERED that the claims against Warden Baca and Warden Neven are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that the Motion for Mediation (ECF #64) is DENIED as MOOT.

IT IS SO ORDERED this 21st day of June, 2017.

_____
ROBERT C. JONES

---

[1] Refers to court's docket number.